

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00160-CR

_____

MICHAEL RAY COE, Appellant

V.

THE STATE OF TEXAS

On Appeal from Criminal District Court No. 1
Tarrant County, Texas
Trial Court No. 1601549

Before Sudderth, C.J.; Wallach and Walker, JJ.
Memorandum Opinion by Justice Walker

**MEMORANDUM OPINION**

In 2020, Appellant Michael Ray Coe pleaded guilty to the offense of failure to comply with sex offender registration requirements, *see* Tex. Code Crim. Proc. Ann. art. 62.102(b)(3), and the trial court deferred finding him guilty of the offense and placed him on five years' deferred adjudication community supervision. In 2023, the State filed a Petition to Proceed to Adjudication, alleging that Coe violated the terms of his deferred adjudication community supervision by committing a new offense. The trial court held a hearing, found the allegations in the State's Petition to be true, and sentenced Coe to five years' imprisonment. *See* Tex. Penal Code Ann. § 12.33 (punishment range for second-degree felony). Coe timely filed a notice of appeal.

After determining that Coe's appeal was frivolous, Coe's court-appointed appellate attorney filed a motion to withdraw as counsel and, in support of that motion, a brief. *See Anders v. California*, 386 U.S. 738, 744–45, 87 S. Ct. 1396, 1400 (1967). Counsel's motion and brief meet the requirements of *Anders* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds for relief. *See id.* at 744, 87 S. Ct. at 1400. Additionally, in compliance with *Kelly v. State*, counsel provided Coe with copies of the brief and motion to withdraw; he informed Coe of his right to file a pro se response, to review the record, and to seek discretionary review pro se should this court declare his appeal frivolous; and he sent Coe a form motion for pro se access to the appellate record. *See* 436 S.W.3d 313, 319 (Tex. Crim. App. 2014). Coe had the opportunity to file a pro se response to the

*Anders* brief but did not do so. The State declined to file a brief and instead filed a letter in which it agreed with appointed counsel that the appeal is frivolous.

We have carefully reviewed the record and counsel's brief and have determined that this appeal is wholly frivolous and without merit. We find nothing in the record that might arguably support the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d 684, 685 n.6 (Tex. Crim. App. 2006). We therefore grant counsel's motion to withdraw and affirm the trial court's judgment.

/s/ Brian Walker

Brian Walker
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: February 8, 2024